UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:99CR85(EBB) |
| HECTOR BARRIENTOS | : |

RULING ON MOTION FOR STATUS CONFERENCE
AND OTHER RELIEF

_____The motion [Doc. No. 1511] is granted. A status conference shall be held on April 5, 2007, in chambers at 2:00 p.m.

The United States Marshall's service shall arrange for the transportation of defendant to New Haven to be available to consult with defense counsel at 9:00 a.m. The Clerk shall arrange for an interpreter to assist at counsel's meeting with defendant.


SO ORDERED.


_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of March, 2007.